# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSOLA RISNER,<br>               Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON *et al.*,<br>               Defendants. | Civil Action No. 25-8757 (MAS) (RLS)<br><br>**ORDER WITHDRAWING COMPLAINT** |

      This matter comes before the court upon its own Motion, and it appearing that by letter of June 10, 2025, (ECF No. 2) the Clerk informed Plaintiff that their complaint would be deemed withdrawn if Plaintiff failed to pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"), and it further appearing that Plaintiff has failed to pay the filing fee or submit an application to proceed IFP within the time frame provided in the Clerk's letter,

      **IT IS**, on this 23rd day of July, 2025,

      **ORDERED** that Plaintiff's complaint be and hereby is deemed **withdrawn** and the Clerk is directed to close the file;

      **ORDERED** that upon the payment of the filing fee or the submission of a completed, signed application to proceed IFP, Plaintiff may move to reopen this matter; and it is further

      **ORDERED** that the Clerk's Office shall forward a copy of this Order to Plaintiff via regular mail and shall enter a notation on the docket indicating the date upon which this Order of Withdrawal of Complaint was forwarded to Plaintiff via regular mail.

                                                                             s/ Michael A. Shipp<br>
                                                                             **MICHAEL A. SHIPP**<br>
                                                                             **UNITED STATES DISTRICT JUDGE**